**In the Interest of C.R.B.**

**R.S., Natural Father, Appellant,**

v.

**David William KIERST, Jr., Respondent,**

**Guardian Ad Litem, Plaintiff.**

**No. WD 51488.**

Missouri Court of Appeals,
Western District.

May 14, 1996.

Cecil D. Williams, Kansas City, for appellant.

Donald Lee Cain, Kansas City, for respondent.

Dale Nathan Godfrey, Kansas City, guardian ad litem.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

## ORDER

PER CURIAM.

Appeal from termination of parental rights pursuant to § 211.447.2(1), RSMo 1994.

Judgment affirmed. Rule 84.16(b).